B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Durant Bunch
     Debtor(s)

Case No. 11 B 32999

*Amended* **ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ 74.75 on or before 09/12/11

    $ 74.75 on or before 10/12/11

    $ 74.75 on or before 11/10/11

    $ 74.75 on or before 12/9/11

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ :AM/PM at _____.
                                                                   (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT

DATE: 8/22/11

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 22 2011
John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

In Re:  )
Durant Bunch,  )  Case No. 11 B 32999
  )
Debtor(s).  )

## CERTIFICATE OF MAILING

I, Josephine Green, hereby certify that on August 22, 2011, I caused to be served via First Class Mail copies of the attached <u>Amended Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee</u> to:

Durant Bunch
10S515 Ivy Lane #210
Willowbrook, IL 60527

David E Grochocinski
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462

By: _____
Josephine Green
Relief Courtroom Deputy